## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAUDIA IBARRA PINEDA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.   26-2088** |
| | : | |
| **JOHN RIFE,** *et al.* | : | |

## ORDER

**AND NOW**, this 31st day of March 2026, upon consideration of Claudia Ibarra Pineda's petition for writ of *habeas corpus* (DI 1), it is **ORDERED** that:

1.      No later than **April 3, 2026**, the government shall file a response to the petition (DI 1).

2.      Pending consideration of the petition, the government **SHALL NOT TRANSFER** petitioner out of the Eastern District of Pennsylvania.  *See Kuprashvili v. Flanagan*, 2025 WL 2382059, at *1 (S.D.N.Y. June 30, 2025) (collecting cases staying removal to preserve the status quo).

**MURPHY, J.**