**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CLAUDIA IBARRA PINEDA     :   CIVIL ACTION
             :
    v.         :   NO.  26-2088
             :
JOHN RIFE, *et al.*        :

## ORDER

  **AND NOW**, this 29th day of July 2026, upon considering the respondents' certification

of compliance (DI 6) of our April 2, 2026 order (DI 5), it is **ORDERED** the Clerk of Court shall

**close** this case.


                   _____
                   MURPHY, J.